**OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,**

v.

**Larry Alan BRAND, Respondent.**

**No. 334 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1997.

Decided Nov. 13, 1997.

Jeffrey Philip Paul, Pottsville, for respondent.

John F. Dougherty, Reading, for Disciplinary Counsel.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

*ORDER*

PER CURIAM:

Upon consideration of the Report and Recommendations of the Disciplinary Board dated April 28, 1997, and following oral argument, it is hereby

ORDERED that respondent, Larry Alan Brand, be and he is disbarred from the Bar of this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent

shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.